MARY ANN KISIELEWSKI, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. STATE OF NEW JERSEY, ET AL., DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

See same case below: 68 *N. J. Super.* 258.

*Mr. Albert A. Sann* for the petitioner, cross-respondent.

*Mr. David D. Furman* and *Mr. Eugene T. Urbaniak* for the respondent, cross-petitioner.

October 30, 1961.    Denied.

THE PORT OF NEW YORK AUTHORITY, PLAINTIFF-RESPONDENT, v. JOSEPH C. HOWELL, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 68 *N. J. Super.* 559.

*Mr. William V. Breslin* and *Mr. Francis B. Rusch* for the petitioners.

*Mr. Russell E. Watson* and *Mr. Robert S. Tobin* for the respondent.

October 30, 1961.    Denied.